**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 26-1103

DAVID KEITH WILLIS,

        Plaintiff - Appellant,

     v.

JUDGE TODD SPONSELLER, individually and in his official capacity; LAURA WILLIS; FRANKLIN COUNTY PROTHONOTARY'S OFFICE,

        Defendants - Appellees.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Thomas D. Schroeder, District Judge.  (1:25-cv-00624-TDS-JLW)

Submitted:  July 23, 2026                                        Decided:  July 28, 2026

Before WYNN and HARRIS, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

David Keith Willis, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Keith Willis appeals the district court's order adopting the magistrate judge's recommendation to dismiss, upon 28 U.S.C. § 1915(e)(2) review, Willis' claims brought pursuant to 42 U.S.C. § 1983. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. *Willis v. Sponseller*, No. 1:25-cv-00624-TDS-JLW (M.D.N.C. Jan. 13, 2026). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*